UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY J. BRAY,<br>        Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, and<br>THE CAREGROUP, INC. GROUP<br>DISABILITY INCOME PLAN<br>        Defendants | Civil Action No. 04 11196 WGY |

FILED
IN CLERK'S OFFICE

2004 JUN 29  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), respectfully requests on behalf of all Defendants, and with the assent of the Plaintiff, that the Defendants be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Thursday, July 29, 2004. As grounds for this motion, Liberty Life states that additional time is needed to review the documents in this case, and to investigate Plaintiff's claims, which are brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., and in order to adequately answer or otherwise respond to the Complaint. In addition, additional time is needed so that the parties may be able to engage in discussions to attempt to resolve this matter, which would obviate the need for further court proceedings.

On behalf of Defendants, the undersigned counsel has conferred with Regina S. Rockefeller, counsel for Plaintiff, who has given her assent on behalf of Plaintiff.

WHEREFORE, Liberty Life respectfully requests that the Defendants in this matter be granted an extension of time, up to and including July 29, 2004, to answer or otherwise respond to the Complaint.

                          Respectfully submitted,

                          LIBERTY LIFE ASSURANCE COMPANY
                          OF BOSTON,

                          By their attorneys,

                          */s/ Richard W. Paterniti*
                          Andrew C. Pickett (BBO#549872)
                          Richard W. Paterniti (BBO#645170)
                          JACKSON LEWIS LLP
                          One Beacon Street, Suite 3300
                          Boston, Massachusetts 02108

Dated: June 28, 2004           (617) 367-0025

ASSENTED TO AND AGREED TO BY:

NIXON PEABODY LLP
Attorneys for Plaintiff Nancy J. Bray

By: */s/ Regina S. Rockefeller (rwp)*
     Regina S. Rockefeller
     BBO# 424000
     100 Summer Street
     Boston, MA 02110
     (617) 345-6182

Date: June 28, 2004

### CERTIFICATE OF SERVICE

A copy of the above document was served this 28th day of June, 2004 by first class mail, postage prepaid, on attorney for the Plaintiff, Regina S. Rockefeller, Esq., Nixon Peabody, LLP, 100 Summer Street, Boston, MA 02110.

                                              */s/ Richard W. Paterniti*
                                              Jackson Lewis LLP