UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY J. BRAY,<br>　　　　Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, and<br>THE CAREGROUP, INC. GROUP<br>DISABILITY INCOME PLAN,<br>　　　　Defendants | Civil Action No. 04-11196-WGY |

## ASSENTED-TO MOTION TO EXTEND TIME FOR THE CAREGROUP, INC. GROUP DISABILITY INCOME PLAN TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, The CareGroup, Inc. Group Disability Income Plan ("The Plan"), respectfully requests, with the assent of the other parties in this case, that The Plan be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Thursday, August 26, 2004. As grounds for this motion, The Plan states that additional time is needed so that the parties may be able to determine whether The Plan is a necessary party to this proceeding. If the parties determine that The Plan is not a necessary party, they may agree to move to dismiss The Plan, which would obviate the need for further litigation related to this party. In addition, additional time is needed to determine the representation of The Plan in this matter, and in particular whether it can and/or will be represented by the same counsel as Liberty Life Assurance Company of Boston.

The other parties in this case have given their assent to this motion.

WHEREFORE, The CareGroup, Inc. Group Disability Income Plan respectfully requests that it be granted an extension of time, up to and including August 26, 2004, to answer or otherwise respond to the Complaint.

Respectfully submitted,

**THE CAREGROUP, INC. GROUP DISABILITY INCOME PLAN,**

By its attorneys,

_____
Pamela B. Blatte (BBO# 631394)
Heather H. Martin (BBO# 649282)
CareGroup, Inc.
109 Brookline Avenue, Suite 300
Boston, MA 02215
(617) 667-1894

Dated: August ___, 2004

**ASSENTED TO AND AGREED TO BY:**

**NIXON PEABODY LLP**
Attorneys for Plaintiff Nancy J. Bray

By: _____
Regina S. Rockefeller
BBO# 424000
100 Summer Street
Boston, MA 02110
(617) 345-6182

**JACKSON LEWIS LLP**
Attorneys for Defendant Liberty Life Assurance Company of Boston

By: _____
Richard W. Paterniti
BBO# 645170
75 Park Plaza
Boston, MA 02116

## CERTIFICATE OF SERVICE

A copy of the above document was served this _____ day of August, 2004 by first-class mail, postage prepaid, on attorney for the Plaintiff, Regina S. Rockefeller, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110, and attorney for Liberty Life Assurance Company of Boston, Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

_____
Pamela B. Blatte