UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11196-WGY

NANCY J. BRAY,

Plaintiff

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND THE CAREGROUP, INC. GROUP DISABILITY INCOME PLAN,

Defendants

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please notice the withdrawal of Pamela B. Blatte and Heather H. Martin of CareGroup, Inc. as counsel for defendant the CareGroup, Inc. Group Disability Income Plan ("Plan"). Outside counsel has been retained and appearances already have been made by Peabody & Arnold LLP as attorneys for the Plan defendant.

Respectively submitted,

**CAREGROUP, INC. GROUP DISABILITY INCOME PLAN**

*Pamela Blatte*
Pamela B. Blatte, BBO #631394
Heather H. Martin, BBO #649282
CareGroup, Inc.
109 Brookline Avenue, Suite 300
Boston, MA 02215
(617) 667-1894

## CERTIFICATE OF SERVICE

A copy of the above document was served this 15th day of September, 2004 by first-class mail, postage prepaid, on all attorneys of record.

Pamela B. Blatte
Heather H. Martin
CareGroup, Inc.
109 Brookline Avenue, Suite 300
Boston, MA 02215

Philip M. Cronin
Jennifer L. Markowski
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02210

Regina S. Rockefeller
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Richard W. Paterniti
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Jennifer L. Markowski

PABOS2:JMARKOW:596770_1
5436-90872