UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
NANCY J. BRAY,                      )
        Plaintiff           )
                                    )
v.                                  )     Civil Action No. 04 11196 WGY
                                    )
LIBERTY LIFE ASSURANCE              )
COMPANY OF BOSTON,   and            )
THE CAREGROUP, INC. GROUP           )
DISABILITY INCOME PLAN              )
        Defendants          )
_____

## DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties to the above-captioned matter have conferred regarding a joint statement pursuant to Local Rule 16.1 of the United States District Court, District of Massachusetts and the Court's Notice of Scheduling Conference. The parties, however, were unable to reach an agreement on the pretrial schedule. As a result, Defendants now submit this statement pursuant to Local Rule 16.1. Defendants' proposed schedule is based on Defendants' agreement to produce the Administrative Record that was reviewed when a decision was rendered as to whether Plaintiff was entitled to long-term disability benefits under the group disability insurance policy, as well as the relevant plan documents. Other than these documents, no other discovery is necessary prior to filing motions for summary judgment in this case, because this case is solely concerned with a denial of long-term disability benefits under a group disability