UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NANCY J. BRAY,<br>    Plaintiff | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 04-11196 WGY |
|  | ) |  |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, and<br>THE CAREGROUP, INC. GROUP<br>DISABILITY INCOME PLAN<br>    Defendants | )<br>)<br>)<br>)<br>) |  |

**PLAINTIFF'S PROPOSED STATEMENT PURSUANT TO LOCAL RULE 16.1**

The parties in the above-captioned matter have conferred and Plaintiff now submits this statement pursuant to Local Rule 16.1 of the United States District Court, District of Massachusetts and the Court's Notice of Scheduling Conference.  The parties differ on what the pre-trial schedule should be because the Plaintiff seeks to expedite the resolution of this case due to Plaintiff's terminal illness.

**Proposed Pretrial Schedule**

**Administrative Record and Relevant Plan Documents**

October 30, 2004          Administrative Record and relevant plan documents produced by Defendants to Plaintiff.  Defendants have acknowledged that these documents are already in their possession and control and, therefore, it is reasonable to expect them to meet this deadline.

**Discovery**

November 18, 2004          Deadline for filing motions to compel or oppose discovery.

December 20, 2004          Deadline to complete discovery. Plaintiff suffers from a terminal illness and seeks the Court's aid in expediting the discovery phase of this litigation.

### Motions for Summary Judgment

| | |
|---|---|
| January 20, 2005 | Deadline for filing summary judgment motions, if any party determines that such a motion is appropriate. |
| February 21, 2005 | Deadline for filing oppositions to summary judgment motions. |
| March 14, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment. |
| April 15, 2005 | Hearing and Status Conference should summary judgment motion not be allowed. |

### SETTLEMENT

Plaintiff submitted a written settlement proposal to Defendants on September 9, 2004. The Defendants have not replied to that settlement proposal and, as a result, the parties have been unable to reach any settlement agreement.

### CERTIFICATIONS

Local Rule 16.1(D)(3) certifications will be filed by the parties under separate cover. The parties have not at this time agreed to have a trial in front of a Magistrate Judge.

WHEREFORE, the Plaintiff respectfully requests that the Court approve her Proposed Pretrial Schedule, with such amendments as the Court deems just and proper.

    Respectfully submitted,
    NANCY J. BRAY

    By her attorney,

    _____
    Regina S. Rockefeller, Esq., BBO# 424000
    Nixon Peabody, LLP
    100 Summer Street
    Boston, MA 02110
    (617) 645-6182

Dated: October 12, 2004

BOS1425904.3

- 3 -

## CERTIFICATE OF SERVICE

A copy of the above document was served this 12th day of October, 2004, by first class mail, postage prepaid, on attorneys for the Defendants as follows:

>For Defendant LIBERTY LIFE ASSURANCE
>
>Andrew C. Pickett
>Richard W. Paterniti,
>JACKSON LEWIS LLP
>75 Park Plaza
>Boston, MA 02116
>(617) 367-0025
>
>For Defendant THE CAREGROUP INC. GROUP DISABILITY PLAN
>
>Phillip M. Cronin, BBO#106060
>Jennifer L. Markowski, BBO#655927
>Peabody & Arnold LLP
>30 Rowes Wharf
>Boston, MA 02110
>(617) 951-2100
>
>Respectfully submitted,
>
>_____
>
>Regina S. Rockefeller, Esq., BBO# 424000
>Nixon Peabody, LLP
>100 Summer Street
>Boston, MA 02110
>(617) 645-6182

Dated: October 12, 2004