UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11196-WGY

NANCY J. BRAY,

Plaintiff

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, AND THE CAREGROUP,
INC. GROUP DISABILITY INCOME PLAN,

Defendant

## CERTIFICATION OF DEFENDANT CAREGROUP, INC. DISABILITY INCOME PLAN TO LOCAL RULE 16.1(D)(3)

This is to certify that an authorized representative of the Defendant, Caregroup, Inc. Group Disability Income Plan and its counsel have conferred regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

THE CAREGROUP, INC. GROUP
DISABILITY INCOME PLAN
Respectively submitted
By its attorneys,

*/s/ Jennifer L. Markowski*
Philip M. Cronin #106060
Jennifer L. Markowski, BBO# 655927
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100


THE CAREGROUP, INC. GROUP
DISABILITY INCOME PLAN

By:  */s/ Pamela B. Blatte*
Pamela B. Blatte, Esq.

**CERTIFICATE OF SERVICE**

      I, hereby certify that on October 12, 2004, I electronically filed Certification of Defendant CareGroup, Inc. Disability Income Plan in Civil Action No. 04-11196-WGY with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      Regina S. Rockefeller
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Richard W. Paterniti
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Jennifer L. Markowski, Esq.