UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NANCY J. BRAY, | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Civil Action No. 04 11196 WGY |
|  | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and THE CAREGROUP, INC. GROUP DISABILITY INCOME PLAN | ) | |
| Defendants | ) | |

**REVISED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Court's direction at the Joint Scheduling Conference held on Monday, October 18, 2004, the parties to the above-captioned matter have again conferred regarding a joint statement pursuant to Local Rule 16.1 of the United States District Court, District of Massachusetts and the Court's Notice of Scheduling Conference. As a result, the parties now submit this revised and agreed upon joint statement pursuant to Local Rule 16.1. This proposed schedule is based on Defendants' agreement to produce the Administrative Record that was reviewed when a decision was rendered as to whether Plaintiff was entitled to long-term disability benefits under the group disability insurance policy, as well as the relevant plan documents.

**Proposed Pretrial Schedule**

**Administrative Record**

November 3, 2004          Administrative Record and relevant plan documents produced to Plaintiff

| | |
|---|---|
| November 12, 2004 | Deadline for parties to confer to attempt to agree on record, if Plaintiff believes the Administrative Record is incomplete |
| November 18, 2004 | Deadline to file "Agreed Upon Record" |
| November 25, 2004 | Deadline to file motions concerning any additional material any party seeks to have added to the record |

### Motions for Discovery

| | |
|---|---|
| December 2, 2004 | Deadline for filing motions showing cause for discovery, if any party seeks any further discovery |

### Motions for Summary Judgment

| | |
|---|---|
| January 21, 2005 | Deadline for filing summary judgment motions based on Administrative Record, if any party determines that such a motion is appropriate. |
| February 11, 2005 | Deadline for filing oppositions to summary judgment motions |
| February 21, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment |
| February 28, 2005 | Hearing and Status Conference regarding summary judgment motions and remaining pre-trial schedule |

### SETTLEMENT

Plaintiff submitted a settlement proposal on September 9, 2004. The parties have been unable to reach any agreement on settlement as of this date, but are actively discussing settlement.

### CERTIFICATIONS

Local Rule 16.1(D)(3) certifications were filed by the parties under separate cover. The parties have not agreed to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule, with such amendments as the Court deems just and proper.

                                              Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys,

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: November 1, 2004

THE CAREGROUP INC. GROUP DISABILITY PLAN
By its attorneys,

/s/ Jennifer L. Markowski (by RWP)
Phillip M. Cronin, BBO#106060
Jennifer L. Markowski, BBO#655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: November 1, 2004

NANCY J. BRAY
By her attorney,

/s/ Regina S. Rockefeller (by RWP)
Regina S. Rockefeller, Esq., BBO# 424000
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110
(617) 645-6182

Dated: November 1, 2004

## **CERTIFICATE OF SERVICE**

      A copy of the above document was served this 1st day of November, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Regina S. Rockefeller, Esq., Nixon Peabody, LLP, 100 Summer Street, Boston, MA 02110, Jennifer L. Markowski, Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110.

                                          /s/ Richard W. Paterniti
                                                Jackson Lewis LLP