EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY J. BRAY,      ) | |
|       Plaintiff      ) | |
| )  | |
| v.      ) | Civil Action No. 04 11196 WGY |
| )  | |
| LIBERTY LIFE ASSURANCE      ) | |
| COMPANY OF BOSTON, and      ) | |
| THE CAREGROUP, INC. GROUP   ) | |
| DISABILITY INCOME PLAN      ) | |
|       Defendants   ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Nancy Bray, and Defendants, Liberty Life Assurance Company of Boston and The Caregroup, Inc. Group Disability Income Plan, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice, and without costs or attorneys' fees to either party.

    Respectfully submitted,

    LIBERTY LIFE ASSURANCE COMPANY
    OF BOSTON
    By its attorneys,

    /s/ Andrew C. Pickett
    Andrew C. Pickett, BBO# 549872
    Richard W. Paterniti, BBO #645170
    JACKSON LEWIS LLP
    75 Park Plaza
    Boston, MA 02116
    (617) 367-0025

Dated: December 20, 2004

|  |  |
|---|---|
|  | THE CAREGROUP INC. GROUP DISABILITY PLAN<br>By its attorneys, |
|  | /s/ Jennifer L. Markowski (by ACP)<br>Phillip M. Cronin, BBO#106060<br>Jennifer L. Markowski, BBO#655927<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |
| Dated: December 20, 2004 |  |
|  | NANCY J. BRAY<br>By her attorney, |
|  | /s/ Regina S. Rockefeller (by ACP)<br>Regina S. Rockefeller, Esq., BBO# 424000<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 645-6182 |
| Dated: December 20, 2004 |  |